IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LELYN EDWARD BODINE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-05-1164-M |
| | ) |
| THE WARDEN OF JOSEPH HARP | ) |
| CORRECTIONAL CENTER, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On June 8, 2006, United States Magistrate Judge Valerie K. Couch issued a Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus.  The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be denied and that petitioner's Motion for Appointment of Counsel, Motion for Leave for Discovery, and Motion for Determination on the Merits of Petitioner's Motion for Discovery and Appointment of Counsel be denied.  The parties were advised of their right to object to the Supplemental Report and Recommendation by June 28, 2006.  On July 13, 2006, after receiving an extension of time, petitioner filed his objections, in which he objects to the Supplemental Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Supplemental Report and Recommendation issued by the Magistrate Judge on June 8, 2006;

(2) DENIES petitioner's Motion for Appointment of Counsel [docket no. 16];

(3) DENIES petitioner's Motion for Leave for Discovery [docket no. 18];

(4) DENIES petitioner's Motion for Determination on the Merits of Petitioner's Motion for Discovery and Appointment of Counsel [docket no. 22];

(5)     DENIES the Petition for Writ of Habeas Corpus; and

(6)     ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 8th day of August, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE